IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

HURRICANE SANDY WYO
CARRIER FLOOD LITIGATION

Master Docket

1:15-mc-800 (JBS)

**ORDER FOR DISMISSAL**
**pursuant to L. Civ. R. 41.1(b)**

The cases listed in **Table A** of the United States Attorney's summary report dated **November 6, 2015 [Docket Entry 54-1, pp. 1-9]**, have been reported to the Court as tentatively settled. Accordingly, for good cause shown pursuant to L. Civ. R. 41.1(b),

IT IS, this  10th  day of  **November** , 2015, hereby

**ORDERED** that the Clerk of Court shall terminate the cases listed in Table A of that report at the items numbered **368-435 [pp. 8-9]** without prejudice to any party's right to reopen[*] the case within One Hundred Twenty (120) days of entry of this order; and it is further

**ORDERED** that the Court will retain jurisdiction over the settlement agreement if further proceedings are necessary.

JEROME B. SIMANDLE
Chief U.S. District Judge

---

[*] Any such application to reopen a case or to enforce settlement shall be made to the Judge to whom the case has been assigned.