**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

33 5TH Street, LLC

    Plaintiff,

  vs.                               CIVIL ACTION NO.: 2:15-cv-00726

THE HARTFORD INSURANCE
COMPANY OF THE MIDWEST

    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** Plaintiff, 33 5th Street, LLC, and Defendant, Hartford Insurance Company of the Midwest, by and through counsel of record, and stipulate that this matter be dismissed with prejudice, each party to bear its own costs.

Dated: March 24, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ *Michael B. Beers* | /s/ *Robert Trautmann* |
| Michael B. Beers, Esq. | Robert Trautmann, Esq. |
| Butler Snow LLP | Merlin Law Group, P.A. |
| 250 Commerce Street, Suite 203 | 125 Half Mile Road |
| Montgomery, Alabama 36104 | Suite 200 |
| (334) 832-2900 | Red Bank, NJ 07701 |
| *Counsel for Hartford* | *Counsel for Plaintiff* |

T1331336.DOCX;1